UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY V. WHITE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:09-CV-03374-GEB-EFB<br><br>[RELATED INTEREPLEADER ACTION PENDING IN USDC, NORTHERN DISTRICT, CASE NO. CV 09-05668 JSW]<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION TO DISMISS** |

After reviewing the parties' Stipulation, and for good cause, the Court hereby continues the hearing date on Defendant Hartford Life and Accident Insurance Company's Motion to Dismiss from February 8, 2010 to March 22, 2010, at 9:00 a.m.

1/21/10

　　　　　　　　　　　　　　　　　　　　　　　　
GARLAND E. BURRELL, JR.
United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4848-3116-9285 v1　　- 1 -　　CASE NO. 2:09-CV-03374-GEB-EFB
(PROPOSED) ORDER RE JNT. STIP. TO CONTINUE DEF.'S MTD. HEARING